**RECEIVED**

AUG 17 2021

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

C/O 4113 Shreve Avenue 1st Flr
Saint Louis, Missouri 63115
Email gberry86@yahoo.com
314-776-8444 cellphone
Gary-Louis: Berry -Proper Persona

**CLAIMANT**

VS

Case No 4:21-cv-00685

**CIVIL RIGHT VIOLATION**

42§ 1983,1985, 1986 1988

**CITY OF SAINT LOUIS, a municipal corporation**
1200 Market Street
Saint Louis, Missouri 63103
Actor: Tishaura Jones-Mayor
Actor: Geoffrey Rose- Law enforcement DSN11516
Actor: 1st Unknown at this time- law enforcement
Actor: Benjamin Ellerman-Law enforcement DSN 11718

**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW 18 241 AND CONSPIRACY 242**

**JURY TRIAL DEMAND**

Actor: 2nd Unknown at this time-Law enforcement
Actor Joshua Loos-DNS11760

**DEFENDANTS**

**MOTION FOR CIVIL INJUNCTION 18U.S. Code § 1595A**

Claimant, Gary-louis: Berry moves this Honorable Court for an injunction against Defendants for the following stated reason:
1. Claimant has received about 15 citations for the same issue that is before this Court.
2. Claimant last traffic stop July 21st 2021, the officer Joshua Loos-DNS11760 tactic of subtle intimidation and disregard of Claimant's Rights in his statement, that my lawsuit will be dismiss
3. Defendants are trying to force me into a fraudulent transaction and contract. (Slavery)
4. Claimant fear that these illegal traffics will only escalate into serious injury or kidnapping or death due to my exercising my Rights.
The illegal traffic stop December 16th 2019 was not base on any traffic infraction or suspicious activity but simply the Declaration on my automobile period. Terry v Ohio 392 U.S 1 88 S.ct. I was not armed

or combative nor posed a threat to any one including the officers. They did so because they could and if I resist, then they have caused to cause serious injury or death.

Wherefore Claimant requires that this Honorable Court will grant an injunction against Defendants from further interaction with Claimant when in his automobile, from issuing citations, false arrest, intimidation, warrants.

I have reserved all my Rights for all new actions against me from the Defendants being traffic stops, threats, intimidation, harassment, warrants and kidnapping (false arrest)

Affirmation I declare under penalty of perjury under the laws of the Republic where I live but do not maintain a domicile and from without the "United States" defined in 28 U.S.C. §1603 (c ) and 26 U.S.C. §7701(a)(10) and only when litigated under the following conditions that the facts, exhibits, and statements made by in this and the attached pleading by me are true, correct, and complete to the best of my knowledge and ability in accordance with 28 U.S.C. §1746 (1).

Respectfully Submitted

Gary-louis: Berry
U.C.C. 1-308
Dated August    2021

Gary-louis: Berry
c/o 4113 Shreve 1st flr.
Saint Louis Missouri




**RECEIVED**

**AUG 17 2021**

**BY MAIL**



7020 1810 0001 0017 3405

CERTIFIED MAIL

7020 1810 0001 0017 3405

UNITED STATES
District Court
Eastern District of Missouri
111 Tenth Street
Saint Louis Missouri 63102

4:21-CV-00685



WED 11 AUG 2021 AM
ST LOUIS MO P&DC 631

Court:
Motion to Show Cause
Motion for Injunct. hearing/order