# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GARY LOUIS BERRY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF ST. LOUIS, TISHAURA JONES, ) <br> GEOFFREY ROSE, 1ST UNKNOWN AT ) <br> THIS TIME, BENJAMIN ELLERMAN, ) <br> 2ND UNKNOWN AT THIS TIME, and ) <br> JOSHUA LOOS, ) <br> ) <br> Defendants. ) | No. 4:21-CV-685 RLW |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons stated in the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 15th day of September, 2021.

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**