**RECEIVED**

SEP **2 0** 2021

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

C/O 4113 Shreve Avenue
Saint Louis, Missouri 63115
Email gberry86@yahoo.com
314-776-8444 cell
**Gary-louis: Berry Sui Juris**
      **Claimant**

**Case No 4:21-cv-00685** RLW

       **vs**

**Rule 46**
**OBJECTION TO ORDERS**

**CITY OF SAINT LOUIS,**
  **MUNICIPAL CORPORATION ET.AL**

    **Defendants**

## MOTION TO OBJECTION TO JUDGES ORDER
## CLAIMANT REQUIRES THIS COURT TO TAKE JUDICIAL NOTICE
## AND FOR CLARIFICATION IN ORDER(s)

**Gary-louis, Berry-Sui Juris** brings this Motion and Judicial Notice before this Court for the following:

1. That the Allegation that this Court has made are not factual base on any claims of Gary-louis,
2. That this Court Defamation of Gary-louis Character are unfounded and slanderous allegation are false and malicious.
3. That this Court Claims, that Gary-louis, misrepresented Murdock v Penn, Also Shapiro v Thompson.
4. That this Court Stated that Gary-louis claim is baseless and failed to state a claim.



### Factual Statement to Objections

Gary-louis, is not, has never associate with, have no knowledge of any natural man or woman who Claims to be a SOVEREIGN CITIZEN. Sovereign citizens movement is classified as a terrorism group. The fact that Gary-louis is Exercising his Rights that are unalienable and protect by the Constitution, he is deem a sovereign citizen!
The only ones I know that call THE PEOPLE Sovereign is the united States Supreme Court

*Marshall was Chief Justice. In Marbury v. Madison,1'" the Supreme Court held that it could declare unconstitutional both an act of Congress and an act of the President. This clearly held that (at least so far as concerned the nation) sovereignty did not reside either in the legislative or executive branches of the government, but the people for whom the Supreme Court was acting. The Court meant to say that sovereignty resided in the people, for Marshall said "That the people have an original right to establish, for their future government, such principles as in their opinion shall most conduce to their own happiness, is the basis on which the whole American fabric has been created. This original and supreme will organizes the government and assigns to the different branches their respective powers.*

Also, the claims that Gary-louis misrepresented Murdock v Pennsylvania, then to be exacted in what the Supreme Court held;  *"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution",* which would be the same as Gary-louis stated, and further the Court went on to say *"it is unimportant of the activity-a flat tax imposed on the exercise of a privilege granted by the Bill of Rights".*

Also the Court made Reference to *Shapiro v Thompson,* which the Court misrepresented the fundamental of that. Gary-louis has enclosed  NH / HB1778 / 2018 (Text from New Hampshire Bill) in support of Gary-louis objection judicial notice. Which this Court will find 62 other Court cases that support the Right to Travel That confirms Gary-louis Claim of Deprivation of Rights, therefore Gary-louis Claim could not  be frivolity nor baseless. But in accordance with statutes. Gary-louis contends that his legal  arguments are the same as the Lawmaker in New Hampshire, which "The Right to Travel was passed in 2018, Surely they are not Sovereign Citizen

## POINTS OF CLARIFICATION

Gary-louis requires this Courts for Clarification on the following points:

1. Gary-louis stated the he was denied due  process law  when the police did not give him the ticket at the time of the traffic stop. And that Gary-louis was unaware of these tickets until February 2021. this is a  fact not a legal conclusion. Can the Court Clarify how this is not violation of Due process for 18 months?
2. The December 2019 traffic was not based on any traffic violation or suspicious but the declaration on my private property, the officer did not know if I had a Driver's license or insurance the stop was based off my declaration on my automobile. Can the Court Clarify of how this is not a 1st amendment violation?
3. Could the Court Clarify what are the facts in Gary-louis Claims and what are legal conclusions or legal theories?
4. Gary-louis placed dates, time events and actions of what took place and with whom. Is the court suggesting that these elements are not facts please clarify?
5. Gary-louis Claims that the Driver's license is a contract, is it this Court Claim that the Driver's License is not a contract please Clarify?
6. Gary-louis requires this Court to clarify how Gary-louis is apart of a terrorism group?

## JUDICIAL NOTICE

The American people have been rendered stateless and have through their uninformed consent joined the private membership associations (PMA) which establish and enforce the codes of conduct for its own membership. NH / HB1778 / 2018 stands as evidence and testifies against the associations, agencies, and corporate franchise creatures of the state as having enslaved the commercial person through the systematic **adhesion contracts** of silent deception and inducement by fraud (complete legal document enclosed)

1 Statement of Purpose. The general court finds that the authority of the department of safety is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed by Chief Justice Grimes, in 108 NH. 386, to be "private property" defined by current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain. Further, the courts have found that corporate public servants who ignore their accountability as mandated in Article 8, NH. Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate **"offer to contract,"** is deemed silent deception and inducement by fraud  (complete legal document enclosed)

The above excerpts are taking from NH HB 1778. If it be that this Court finds any of the enclosed legal document as baseless or without merit, then this Court is operating outside its jurisdiction and oath of office Articles 6 paragraphs 2

III. The automobile and all noncommercial conveyances are exempt from registration and taxation and the owner of such automobile or noncommercial conveyance are exempt from the requirement of a license that is necessary for commercial use of the public ways. The owner of the automobile shall be considered to be exercising the common unalienable "Right to Travel on the public right-of-way in the ordinary and lawful pursuit of life, liberty, and the pursuit of happiness."(complete legal document enclosed)

## CONCLUSION

Gary-louis, has provided this Court with Ample Facts in law pertaining to his claim and his Rights to Travel. Gary-louis has also included a Col Form Warning to This Court. Gary-louis has also requested complaint form from the JUDICIAL COUNCIL. The Court also made issue with my demand for damages. Its just a number to get their attention its not the private corporate commercial paper, as the Clearfield Doctrine Names it i.e. Federal Reserve Notes, its about the Rights of the Sovereign people, as the Supreme Court Describes We the People This Court also mention suing in capacity official or individual. This was an issue I addressed the Court with in June 2021, and was told by the Clerk I would have to wait until the Judge Ruled on my motion file Forma pauperis.

I pray that this Court Honor my objection and take Judicial Notice of Stare Decisis, and full Faith and Credit Clause of Articles IV Section 1 and Articles 6 paragraphs 2 Supremacy Clause.

Gary-louis seeks relief as:
1. that his Motion be granted
2. and to proceed in his lawsuit

Respectfully Submitted
Gary-louis , Berry Sui Juris
All rights reserved with recourse to me

Gary-louis, Berry Sui Juris
Dated 9-20-2021

# Committee
# Report

REGULAR CALENDAR

January 10, 2018

**HOUSE OF REPRESENTATIVES**

**REPORT OF COMMITTEE**

The Majority of the Committee on Transportation to which was referred HB 1778-FN-A-LOCAL,

AN ACT relative to registration of commercial motor vehicles and operator's/drivers' licenses. Having considered the same, report the same with the following resolution:   RESOLVED, that it is INEXPEDIENT TO LEGISLATE.

**Rep. Craig Moore**

**FOR THE MAJORITY OF THE COMMITTEE**

Original: House Clerk
    Cc: Committee Bill File

# MAJORITY
# COMMITTEE REPORT

| Committee: | Transportation |
|---|---|
| Bill Number: | HB 1778-FN-A-LOCAL |
| Title: | relative to registration of commercial motor vehicles and operator's/drivers' licenses. |
| Date: | January 10, 2018 |
| Consent Calendar: | REGULAR |
| Recommendation: | INEXPEDIENT TO LEGISLATE |

## STATEMENT OF INTENT

This bill removes license and registration requirements for non-commercial vehicles. It fails to include an alternate funding mechanism for the lost highway fund revenue. It also fails to include a method of determining when a vehicle is being used commercially. These are fatal defects that make it impossible to implement.

Vote 13-1.

Rep. Craig Moore
FOR THE MAJORITY

Original: House Clerk
Cc: Committee Bill File

**REGULAR CALENDAR**

Transportation
**HB 1778-FN-A-LOCAL,** relative to registration of commercial motor vehicles and operator's/drivers' licenses. **MAJORITY: INEXPEDIENT TO LEGISLATE. MINORITY: OUGHT TO PASS.**
Rep. Craig Moore for the Majority of Transportation. This bill removes license and registration requirements for non-commercial vehicles. It fails to include an alternate funding mechanism for the lost highway fund revenue. It also fails to include a method of determining when a vehicle is being used commercially. These are fatal defects that make it impossible to implement. **Vote 13-1.**

Original: House Clerk
    Cc: Committee Bill File

# COMMITTEE REPORT

**COMMITTEE:** Transportation

**BILL NUMBER:** HB 1778

**TITLE:** relative to registration of commercial motor vehicles and owners/operators licenses

**DATE:** _____   **CONSENT CALENDAR:** YES ☐   NO ☑

☐ OUGHT TO PASS

☐ OUGHT TO PASS W/ AMENDMENT

☒ INEXPEDIENT TO LEGISLATE

☐ INTERIM STUDY (Available only 2nd year of biennium)

| Amendment No. |
| --- |
|  |

**STATEMENT OF INTENT:**

This bill removes license and registration requirements for non-commercial vehicles. It fails to include an alternate funding mechanism for the lost highway fund revenue. It also fails to include a method of determining when a vehicle is being used commercially. These are fatal defects that make this impossible to implement.

**COMMITTEE VOTE:** 13-1

RESPECTFULLY SUBMITTED,

- Copy to Committee Bill File
- Use Another Report for Minority Report

Rep. Craig Moore

For the Committee

Rev. 02/01/07 - Yellow

REGULAR CALENDAR

**January 10, 2018**

## HOUSE OF REPRESENTATIVES
## REPORT OF COMMITTEE

The Minority of the Committee on Transportation to which was referred HB 1778-FN-A-LOCAL,

AN ACT relative to registration of commercial motor vehicles and operator's/drivers' licenses.   Having considered the same, and being unable to agree with the Majority, report with the recommendation that the bill OUGHT TO PASS.

## Rep. Glen Dickey
## FOR THE MINORITY OF THE COMMITTEE

Original: House Clerk
    Cc: Committee Bill File

# MINORITY
## COMMITTEE REPORT

| Committee: | Transportation |
|---|---|
| Bill Number: | HB 1778-FN-A-LOCAL |
| Title: | relative to registration of commercial motor vehicles and operator's/drivers' licenses. |
| Date: | January 10, 2018 |
| Consent Calendar: | REGULAR |
| Recommendation: | OUGHT TO PASS |

## STATEMENT OF INTENT

The constitutionality of the right to travel has been repeatedly upheld by the courts. In the past this was understood to be the right to travel public roads and byways without hindrance by government agents. In the modern age the people have been deprived of this right through the institutions of the state. This bill seeks to remedy this loss of rights by the citizenry.

Rep. Glen Dickey
FOR THE MINORITY

Original: House Clerk
Cc: Committee Bill File

**REGULAR CALENDAR**

Transportation
**HB  1778-FN-A-LOCAL,** relative to registration of commercial motor vehicles and operator's/drivers' licenses. **OUGHT TO PASS.**
Rep. Glen Dickey for the **Minority** of Transportation. The constitutionality of the right to travel has been repeatedly upheld by the courts. In the past this was understood to be the right to travel public roads and byways without hindrance by government agents. In the modern age the people have been deprived of this right through the institutions of the state. This bill seeks to remedy this loss of rights by the citizenry.

Original: House Clerk
    Cc: Committee Bill File

# MINORITY REPORT

COMMITTEE: TRANSPORTATION

BILL NUMBER: 1778-FN-A-LOCAL

TITLE: RELATIVE TO REGISTRATION OF COMMERCIAL MOTOR
VEHICLE AND OPERATOR'S / DRIVER'S LICENSES.

DATE: 2018.06.10      CONSENT CALENDAR:   YES ☐   NO ☒

☑ **OUGHT TO PASS**

☐ **OUGHT TO PASS W/ AMENDMENT**

☒ **INEXPEDIENT TO LEGISLATE**

☐ **RETAINED**

☐ **INTERIM STUDY** (Available only 2nd year of biennium)

Amendment No.

**STATEMENT OF INTENT:**

THE CONSTITUTIONALITY OF THE RIGHT TO
TRAVEL HAS BEEN REPEATEDLY UPHELD BY THE
COURTS. IN THE PAST THIS WAS UNDERSTOOD TO BE
THE RIGHT TO TRAVEL PUBLIC ROADS AND BYWAYS
WITHOUT HINDERANCE BY GOVERNMENT AGENTS. IN
THE MODERN AGE THE PEOPLE HAVE BEEN DEPRIVED
OF THIS RIGHT THROUGH THE INSTITUTIONS OF THE
STATE. THIS BILL SEEKS TO REMEDY THIS LOSE
OF RIGHTS BY THE CITIZENRY.

**COMMITTEE VOTE:** 13-1

RESPECTFULLY SUBMITTED,

Rep.                    For the Committee

- Copy to Committee Bill File
- Use Another Report for Minority Report

Rev. 07/30/99

# Executive
# Session

## HOUSE COMMITTEE ON TRANSPORTATION

### EXECUTIVE SESSION on HB 1778-FN-A-LOCAL

**BILL TITLE:**  relative to registration of commercial motor vehicles and operator's/drivers' licenses.

**DATE:**  January 10, 2018

**LOB ROOM:**  203

**MOTIONS:**  **INEXPEDIENT TO LEGISLATE**

Moved by  Rep. C. Moore        Seconded by  Rep. Cleaver        Vote:  13-1

### CONSENT CALENDAR:  NO

**Statement of Intent:**        Refer to Committee Report

Respectfully submitted,

Thomas Laware

Rep Thomas Laware, Clerk

## HOUSE COMMITTEE ON TRANSPORTATION

### EXECUTIVE SESSION on HB 1778-FN-A-LOCAL

**BILL TITLE:**   relative to registration of commercial motor vehicles and operator's/drivers' licenses.

**DATE:**   01|10|2018

**LOB ROOM:**   203

---

**MOTION: (Please check one box)**

☐ OTP       ☒ ITL       ☐ Retain (1st year)       ☐ Adoption of
                                                          Amendment # _____
                         ☐ Interim Study (2nd year)    *(if offered)*

Moved by Rep. _Moore_       Seconded by Rep. _Cleaver_       Vote: _13-1_

**MOTION: (Please check one box)**

☐ OTP    ☐ OTP/A    ☐ ITL    ☐ Retain (1st year)       ☐ Adoption of
                                                          Amendment # _____
                              ☐ Interim Study (2nd year)   *(if offered)*

Moved by Rep. _____       Seconded by Rep. _____       Vote: _____

**MOTION: (Please check one box)**

☐ OTP    ☐ OTP/A    ☐ ITL    ☐ Retain (1st year)       ☐ Adoption of
                                                          Amendment # _____
                              ☐ Interim Study (2nd year)   *(if offered)*

Moved by Rep. _____       Seconded by Rep. _____       Vote: _____

**MOTION: (Please check one box)**

☐ OTP    ☐ OTP/A    ☐ ITL    ☐ Retain (1st year)       ☐ Adoption of
                                                          Amendment # _____
                              ☐ Interim Study (2nd year)   *(if offered)*

Moved by Rep. _____       Seconded by Rep. _____       Vote: _____

---

CONSENT CALENDAR: _____ YES       ✓ NO

Minority Report? _____ Yes _____ No   If yes, author, Rep: _____ Motion_____

Respectfully submitted: _____
                                        Rep Thomas Laware, Clerk

# Voting
# Sheets



**STATE OF NEW HAMPSHIRE**
**OFFICE OF THE HOUSE CLERK**

**2018 SESSION**

1/5/2018 10:32:55 AM
Roll Call Committee Registers
Report

## TRANSPORT

Bill #: *HB 1778*   Title: *relative to registration of commercial motor vehicles &*

PH Date: 01 / 10 / 2018 *operator's / driver's licenses.*   Exec Session Date: 01 / 10 / 2018

Motion: _____ ITL _____   Amendment #: _____

| MEMBER | YEAS | NAYS |
|---|---|---|
| Smith, Steven D. Chariman | ✓ | |
| Walsh, Thomas C. Vice Chairman | ✓ | |
| Chirichiello, Brian K. | ✓ | |
| Crawford, Karel A. | | |
| Laware, Thomas W. Clerk | ✓ | |
| Horn, Werner D. | | |
| True, Chris | ✓ | |
| Dickey, Glen | | ✓ |
| Moore, Craig C. | | |
| Torosian, Peter E. | ✓ | |
| Valera, John J. | ✓ | |
| Sykes, George E. | ✓ | |
| O'Brien, Michael B. | | |
| Soucy, Timothy A. | ✓ | |
| Johnsen, Gladys | | |
| Vann, Ivy C. | | |
| Cleaver, Skip | ✓ | |
| St. Clair, Charlie | ✓ | |
| Lerner, Kari | ✓ | |
| Conley, Casey M. | ✓ | |
| **TOTAL VOTE:** | 13 | 1 |

13 — 1

# Hearing Minutes

# HOUSE COMMITTEE ON TRANSPORTATION

## PUBLIC HEARING ON HB 1778-FN-A-LOCAL

**BILL TITLE:** relative to registration of commercial motor vehicles and operator's/drivers' licenses.

**DATE:** January 10, 2018

**LOB ROOM:** 203          **Time Public Hearing Called to Order:** 10:04 a.m.

**Time Adjourned:** 10:32 a.m.

**Committee Members:** Reps. Steven Smith, T. Walsh, Chirichiello, Crawford, Horn, True, Dickey, C. Moore, Torosian, Sykes, Soucy, Cleaver and Laware

**Bill Sponsors:**
Rep. Marple          Rep. Itse          Rep. Comeau

## TESTIMONY

\* Use asterisk if written testimony and/or amendments are submitted.

\*\*\***Rep. Maple, prime sponsor.** Introduced bill. Explained and read from written testimony. (See Handouts A, B and C.)

**Rep. Ed Comeau, sponsor.** UCC is a real code that is not being followed.

\***Jim McKinley.** Supports the bill. (See Handout D.)

**David Crawford.** Supports the bill. Moving freely goes along with "Live Free or Die" motto.

**Director Bielecki, DMV.** Opposes the bill. Brought up the safety factor in not having licenses - so no testing method - no accountability.

Questions arose about pother state reciprocity issues. Many questions about the legality of this bill.

**Ian Freeman,** NH Liberty Party. Says State Police would be Highway armed guards.

Respectfully submitted,

*Thomas Laware*

Rep. Thomas Laware,
Clerk

## HOUSE COMMITTEE ON TRANSPORTATION

### PUBLIC HEARING ON HB 1778-FN-A-LOCAL

**BILL TITLE:**   relative to registration of commercial motor vehicles and
operator's/drivers' licenses.

**DATE:**   ~~December 20, 2017~~   *Jan 10 - 2018*

**LOB ROOM:**   203   Time Public Hearing Called to Order:   10:04

Time Adjourned:   10:32

Committee Members:  Reps. Steven Smith, T. Walsh, Chirichiello, Crawford, Horr, True,
Dickey, C. Moore, Torosian, Valera, Sykes, O'Brien, Soucy, G. Johnsen, Vann, Cleaver, St.
Clair, Lerner, Conley and Laware

**Bill Sponsors:**
Rep. Marple                Rep. Itse                Rep. Comeau

### TESTIMONY

\*   Use asterisk if written testimony and/or amendments are submitted.

① Rep Marple - introduced bill - explains and read from written testimony

(A *) written testimony

(B *) written testimony

(C *) written testimony

② - Rep Comeau - UCC is a real code that is not being followed

③ - Jim McKinly - support the bill
   \* written testimony - (E)

④ - David Crawford - support bill - moving freely goes
   along with "Live Free or Die" motto

⑤ Director Bielecki - ~~opposes~~ DMV opposes - brought up the
   safety factor in not having license - so no testing
   method - no accountability.

(over →)

Cont. - Question arose about other state reciprocity issues
Many question about the legality of this bill.

(6) Ian Freeman    NH Liberty Party
        Says State Police would be Highway armed ~~Officers~~
                                    ~~guards~~ guards

# SIGN UP SHEET

## To Register Opinion If Not Speaking

Bill # _HB 1778_          Date _1-10-18_

Committee _TRANSPORTATION_

## ** Please Print All Information **

| Name | Address | Phone | Representing | Pro | Con |
|------|---------|-------|--------------|-----|-----|
| | | | | (check one) | |
| David Dapkus | Bedford NH | 461-1947 | | ✓ | |
| Jim McKilly | Littleton NH | 444-9454 | | ✓ | |
| Sally Trimble | Littleton NH | 444-4454 | | ✓ | |
| Rep. Dan Itse | Fremont N.H | 702 0381 | | ✓ | |
| Ian Freeman | Keene | | NH Liberty Party | ✓ | |
| David Crawford | Keene | | J.S. Auto | ✓ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Testimony (Handouts)

# LEGAL NOTICE
## Affidavit

RECEIVED

JAN 0 9 2018

NEW HAMPSHIRE
DEPARTMENT OF STATE

Notice to the principal is notice to the agent

Notice to the agent is notice to the principal



Be it known to all that I, [ David Dapkus    ]
own the 1997 Chevrolet Tahoe
vin# [ 'GNEK13R8VJ404074 ].

It is private property consumer goods not equipment . As per UCC 9-109 (1)

UCC 9-102 definitions ..

(23) "Consumer goods" means goods that are used or bought for use primarily for personal, family, or household purposes .

And so,

"A vehicle not used for commercial activity is a "consumer goods", ...it is NOT a vehicle that is REQUIRED to be REGISTERED under this code "Passenger vehicles which are not used for the transportation of persons for hire, compensation or profit, and housecars, are not commercial vehicles" "a vanpool vehicle is not a comercial vehicle." and; NOT type of vehicle required and "use tax paid of which the tab is evidence of receipt of the tax." Bank of Boston vs Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14. And;

"It is held that a tax upon common carriers by motor vehicles is based upon a by reasonable classification, and does not involve any unconstitutional discrimination, although it does not apply to private vehicles, or those used by the owner in his own business, and not for hire." Desser v. Wiichita, (1915) 96 Kan. 820; Iowa Motor Vehicle Asso. v, Railroad Comrs., 75 A.L.R. 22.

Jurisdiction over private property

What is necessary for jurisdiction ,

In Wheeling Steel Corp v. Fox, 298 U>S> 193 (1936) it states: Property taxes can be on tangibles or intangibles. In order to have a situs for taxation (a basis for imposing the tax), tangible property (physical property) must reside within the territorial jurisdiction of the taxing authority, and intangibles ...

Ⓑ

Under USC Title 42 §1982. Property rights of citizens ..., further evidences the above position that the City or State cannot take land because they DO NOT have Jurisdiction. It states that federal or state governments / agencies MUST have a monetary or proprietary interest in your real private property in order to have jurisdiction over it (if you land has no government grant/funding or is not a subsidized government project, then agencies have neither). Title 42 §1982 and/or §1441. Title 42 §1983. Civil action for deprivation of rights ... further protects Declarants private property.

"Men are endowed by their Creator with certain unalienable rights, -'life,liberty. and the pursuit of happiness; to 'secure', not grant or create, these rights, governments are instituted.
That property which a man has honestly acquired he retains full control of, subject to these limitations: first, that he shall not use it to his neighbor's injury, and that does not mean that he must use it for his neighbor's benefit; second, that if he devotes it to a public use, he gives to the public a right to control that use; third, that whenever the public needs require, the public may take it upon payment of due compensation." Budd v. People of State of New York, 143 U.S. 517 (1982).

"... In one of the so-called elevator cases, that of Munn v. Illinois, 94 U.S. 113, [24 L. Ed. 77], it is said: 'When, therefore, one devotes his property to a use in which the public have an interest, he ineffect grants to the public an interrest in that use, and must submit to be controlled by the public for the common good, to the extent of the interest he has thus created.' But so long as he uses his property for private use, and in the absence of devoting it to public use, the public has no interest therein which entitles it to a voice in it's control.

Classification is determined by use,

"Thus self-driven vehicles are classified according to the use to which they are put rather than according to the means by which they are propelled."
Ex Parte Hoffert, 148 NW 20.

"The use to which an item is put, rather than its physical characteristics, determine whether it should be classified as "consumer goods" under UCC 9-109(1) or "equipment" under UCC 9-109(2)." Grimes v Massey Ferguson, Inc., 23 UCC Rep Serv 655; 355 So.2d 338 (Ala.,1978)

"Under UCC 9-109 there is a real distinction between goods purchased for personal use and those purchased for business use. The two are mutually



exclusive and the principal use to which the property is put should be considered determinative." James Talcott, Inc. v Gee, 5UCC Rep Serv 1028; 266 Cal.App.2d 384, 72 Cal.Rptr. 168 (1968).

"The classification of goods in UCC 9-109 are mutually exclusive." McFadden v Mercantile-Safe Deposit & Trust Co., 8 UCC Rep Serv 766; 260 Md 601, 273 A.2d 198 (1971).

What must happen ...

In view of this rule a statutory provision that the supervising officials "may" exempt such persons when the transportation is not on a commercial basis means that they "must" exempt them. State v. Johnson, 243 P. 1073; 6 C.J.S. section 94 page 581.

You have been given knowledge,

Please act accordingly ...

The foregoing instrument was acknoledged before me
this the 1    day of Nov    in the year 2017

On this ___1___ day of _November_, 201_7_.
Before me, the undersigned Notary Public personally appeared _D. Dapple_ (name of document signer), proved to me through satisfactory evidence of identification, which were _NH Drivers lic_, to be the person whose name is signed on the preceding or attached document in my presence

(official signature and seal of Notary)

Christopher R Dube
Notary Public, State of New Hampshire
My Commission Expires March 8, 2022

3



# HB1778
# Right to Travel
# 10 January 2018

# Right to Travel

## DESPITE ACTIONS OF POLICE AND LOCAL COURTS, HIGHER COURTS HAVE RULED THAT AMERICAN CITIZENS HAVE A RIGHT TO TRAVEL WITHOUT STATE PERMITS

By Jack McLamb (from Aid & Abet Newsletter)

For years professionals within the criminal justice system have acted on the belief that traveling by motor vehicle was a privilege that was given to a citizen only after approval by their state government in the form of a permit or license to drive. In other words, the individual must be granted the privilege before his use of the state highways was considered legal. Legislators, police officers, and court officials are becoming aware that there are court decisions that disprove the belief that driving is a privilege and therefore requires government approval in the form of a license. Presented here are some of these cases:

CASE #1: "The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived." *Chicago Motor Coach v. Chicago, 169 NE 221.*

CASE #2: "The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." *Thompson v. Smith, 154 SE 579.*

It could not be stated more directly or conclusively that citizens of the states have a common law right to travel, without approval or restriction (license), and that this right is protected under the U.S Constitution.

CASE #3: "The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." *Kent v. Dulles, 357 US 116, 125.*

CASE #4: "The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right." *Schactman v. Dulles 96 App DC 287, 225 F2d 938, at 941.*

As hard as it is for those of us in law enforcement to believe, there is no room for speculation in these court decisions. American citizens do indeed have the inalienable right to use the roadways unrestricted in any manner as long as they are not damaging or

violating property or rights of others. Government -- in requiring the people to obtain drivers licenses, and accepting vehicle inspections and DUI/DWI roadblocks without question -- is restricting, and therefore violating, the people's common law right to travel.

Is this a new legal interpretation on this subject? Apparently not. This means that the beliefs and opinions our state legislators, the courts, and those in law enforcement have acted upon for years have been in error. Researchers armed with actual facts state that case law is overwhelming in determining that to restrict the movement of the individual in the free exercise of his right to travel is a serious breach of those freedoms secured by the U.S. Constitution and most state constitutions. That means it is unlawful. The revelation that the American citizen has always had the inalienable right to travel raises profound questions for those who are involved in making and enforcing state laws. The first of such questions may very well be this: If the states have been enforcing laws that are unconstitutional on their face, it would seem that there must be some way that a state can legally put restrictions -- such as licensing requirements, mandatory insurance, vehicle registration, vehicle inspections to name just a few -- on a citizen's constitutionally protected rights. Is that so?

For the answer, let us look, once again, to the U.S. courts for a determination of this very issue. In *Hertado v. California, 110 US 516,* the U.S Supreme Court states very plainly:

"The state cannot diminish rights of the people."

And in *Bennett v. Boggs, 1 Baldw 60,*

"Statutes that violate the plain and obvious principles of common right and common reason are null and void."

Would we not say that these judicial decisions are straight to the point -- that there is no lawful method for government to put restrictions or limitations on rights belonging to the people? Other cases are even more straight forward:

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." *Davis v. Wechsler, 263 US 22, at 24*

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." *Miranda v. Arizona, 384 US 436, 491.*

"The claim and exercise of a constitutional right cannot be converted into a crime." *Miller v. US, 230 F 486, at 489.*

There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." *Sherer v. Cullen, 481 F 946*

We could go on, quoting court decision after court decision; however, the Constitution itself answers our question - Can a government legally put restrictions on the rights of the

American people at anytime, for any reason? The answer is found in Article Six of the U.S. Constitution:

> "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof;...shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or laws of any State to the Contrary not one word withstanding."

In the same Article, it says just who within our government that is bound by this Supreme Law:

> "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution..."

Here's an interesting question. Is ignorance of these laws an excuse for such acts by officials? If we are to follow the letter of the law, (as we are sworn to do), this places officials who involve themselves in such unlawful acts in an unfavorable legal situation. For it is a felony and federal crime to violate or deprive citizens of their constitutionally protected rights. Our system of law dictates that there are only two ways to legally remove a right belonging to the people. These are:

1. by lawfully amending the constitution, or
2. by a person knowingly waiving a particular right.

Some of the confusion on our present system has arisen because many millions of people have waived their right to travel unrestricted and volunteered into the jurisdiction of the state. Those who have knowingly given up these rights are now legally regulated by state law and must acquire the proper permits and registrations. There are basically two groups of people in this category:

1. Citizens who involve themselves in commerce upon the highways of the state. Here is what the courts have said about this: "...For while a citizen has the right to travel upon the public highways and to transport his property thereon, that right does not extend to the use of the highways...as a place for private gain. For the latter purpose, no person has a vested right to use the highways of this state, but it is a privilege...which the (state) may grant or withhold at its discretion..." *State v. Johnson, 245 P 1073.* There are many court cases that confirm and point out the difference between the right of the citizen to travel and a government privilege and there are numerous other court decisions that spell out the jurisdiction issue in these two distinctly different activities. However, because of space restrictions, we will leave it to officers to research it further for themselves.
2. The second group of citizens that is legally under the jurisdiction of the state are those citizens who have voluntarily and knowingly waived their right to travel unregulated and unrestricted by requesting placement under such jurisdiction

through the acquisition of a state driver's license, vehicle registration, mandatory insurance, etc. (In other words, by contract.) We should remember what makes this legal and not a violation of the common law right to travel is that they knowingly volunteer by contract to waive their rights. If they were forced, coerced or unknowingly placed under the state's powers, the courts have said it is a clear violation of their rights. This in itself raises a very interesting question. What percentage of the people in each state have applied for and received licenses, registrations and obtained insurance after erroneously being advised by their government that it was mandatory?

Many of our courts, attorneys and police officials are just becoming informed about this important issue and the difference between privileges and rights. We can assume that the majority of those Americans carrying state licenses and vehicle registrations have no knowledge of the rights they waived in obeying laws such as these that the U.S. Constitution clearly states are unlawful, i.e. laws of no effect - laws that are not laws at all. An area of serious consideration for every police officer is to understand that the most important law in our land which he has taken an oath to protect, defend, and enforce, is not state laws and city or county ordinances, but the law that supersedes all other laws -- the U.S. Constitution. If laws in a particular state or local community conflict with the supreme law of our nation, there is no question that the officer's duty is to uphold the U.S. Constitution.

Every police officer should keep the following U.S. court ruling -- discussed earlier -- in mind before issuing citations concerning licensing, registration, and insurance:

"The claim and exercise of a constitutional right cannot be converted into a crime."
*Miller v. US, 230 F 486, 489.*

And as we have seen, traveling freely, going about one's daily activities, is the exercise of a most basic right.

# Right to Travel
## Citations from Court Cases

1. Thompson v.Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135 "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business."

2. Thompson vs. Smith, supra.; Teche Lines vs. Danforth, Miss., 12 S.2d 784 "... the right of the citizen to drive on a public street with freedom from police interference... is a fundamental constitutional right"

3. White, 97 Cal.App.3d.141, 158 Cal.Rptr. 562, 566-67 (1979) "citizens have a right to drive upon the public streets of the District of Columbia or any other city absent a constitutionally sound reason for limiting their access."

4. Caneisha Mills v. D.C. 2009 "The use of the automobile as a necessary adjunct to the earning of a livelihood in modern life requires us in the interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the Constitutional guarantees. . .."

5. Berberian v. Lussier (1958) 139 A2d 869, 872, See also: Schecter v. Killingsworth, 380 P.2d 136, 140; 93 Ariz. 273 (1963). "The right to operate a motor vehicle [an automobile] upon the public streets and highways is not a mere privilege. It is a right of liberty, the enjoyment of which is protected by the guarantees of the federal and state constitutions."

6. Adams v. City of Pocatello, 416 P.2d 46, 48; 91 Idaho 99 (1966). "A traveler has an equal right to employ an automobile as a means of transportation and to occupy the public highways with other vehicles in common use."

7. Campbell v. Walker, 78 Atl. 601, 603, 2 Boyce (Del.) 41. "The owner of an automobile has the same right as the owner of other vehicles to use the highway,* * * A traveler on foot has the same right to the use of the public highways as an automobile or any other vehicle."

8. Simeone v. Lindsay, 65 Atl. 778, 779; Hannigan v. Wright, 63 Atl. 234, 236. "The RIGHT of the citizen to DRIVE on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a FUNDAMENTAL CONSTITUTIONAL RIGHT which must be protected by the courts."

9. People v. Horton 14 Cal. App. 3rd 667 (1971) "The right to make use of an automobile as a vehicle of travel long the highways of the state, is no longer an open question. The owners thereof have the same rights in the roads and streets as the drivers of horses or those riding a bicycle or traveling in some other vehicle."

10. House v. Cramer, 112 N.W. 3; 134 Iowa 374; Farnsworth v. Tampa Electric Co. 57 So. 233, 237, 62 Fla. 166. "The automobile may be used with safety to others users of the highway, and in its proper use upon the highways there is an equal right with the users of other vehicles properly upon the highways. The law recognizes such right of use upon general principles.

11. Brinkman v Pacholike, 84 N.E. 762, 764, 41 Ind. App. 662, 666. "The law does not denounce motor carriages, as such, on public ways. They have an equal right with other vehicles in common use to occupy the streets and roads. It is improper to say that the driver of the horse has rights in the roads superior to the driver of the automobile. Both have the right to use the easement."

12. Indiana Springs Co. v. Brown, 165 Ind. 465, 468. U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary "A highway is a public way open and free to any one who has occasion to pass along it on foot or with any kind of vehicle." Schlesinger v. City of Atlanta, 129 S.E. 861, 867, 161 Ga. 148, 159;

13. Holland v. Shackelford, 137 S.E. 2d 298, 304, 220 Ga. 104; Stavola v. Palmer, 73 A.2d 831, 838, 136 Conn. 670 "There can be no question of the right of automobile owners to occupy and use the public streets of cities, or highways in the rural districts."

14. Liebrecht v. Crandall, 126 N.W. 69, 110 Minn. 454, 456 "The word 'automobile' connotes a pleasure vehicle designed for the transportation of persons on highways."

15. American Mutual Liability Ins. Co., vs. Chaput, 60 A.2d 118, 120; 95 NH 200 Motor Vehicle: 18 USC Part 1 Chapter 2 section 31 definitions: "(6) Motor vehicle. – The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways..." 10) The term "used for commercial purposes" means the carriage of persons or property for any fare, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking intended for profit. "A motor vehicle or automobile for hire is a motor vehicle, other than an automobile stage, used for the transportation of persons for which remuneration is received."

16. International Motor Transit Co. vs. Seattle, 251 P. 120 The term 'motor vehicle' is different and broader than the word 'automobile.'"

17. City of Dayton vs. DeBrosse, 23 NE.2d 647, 650; 62 Ohio App. 232 "Thus self-driven vehicles are classified according to the use to which they are put rather than according to the means by which they are propelled" – Ex Parte Hoffert, 148 NW 20

18. The Supreme Court, in Arthur v. Morgan, 112 U.S. 495, 5 S.Ct. 241, 28 L.Ed. 825, held that carriages were properly classified as household effects, and we see no reason that automobiles should not be similarly disposed of."

19. Hillhouse v United States, 152 F. 163, 164 (2nd Cir. 1907). "...a citizen has the right to travel upon the public highways and to transport his property thereon..." State vs. Johnson, 243 P. 1073; Cummins vs. Homes, 155 P. 171; Packard vs. Banton, 44 S.Ct. 256; Hadfield vs. Lundin, 98 Wash 516, Willis vs. Buck, 263 P. 1 982;

20. Barney vs. Board of Railroad Commissioners, 17 P.2d 82 "The use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and fundamental Right of which the public and the individual cannot be rightfully deprived."

21. Chicago Motor Coach vs. Chicago, 169 NE 22; Ligare vs. Chicago, 28 NE 934; Boon vs. Clark, 214 SSW 607; 25 Am.Jur. (1st) Highways Sect.163 "the right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business... is the usual and ordinary right of the Citizen, a right common to all."

22. Ex Parte Dickey, (Dickey vs. Davis), 85 SE 781 "Every Citizen has an unalienable RIGHT to make use of the public highways of the state; every Citizen has full freedom to travel from place to place in the enjoyment of life and liberty."

23. People v. Nothaus, 147 Colo. 210. "No State government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for either recreation or business, but by being subject only to local regulation i.e., safety, caution, traffic lights, speed limits, etc. Travel is not a privilege requiring licensing, vehicle registration, or forced insurances."

24. People v. Battle "Persons faced with an unconstitutional licensing law which purports to require a license as a prerequisite to exercise of right... may ignore the law and engage with impunity in exercise of such right."

25. Shuttlesworth v. Birmingham 394 U.S. 147 (1969). U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets No License Is Necessary "The word 'operator' shall not include any person who solely transports his own property and who transports no persons or property for hire or compensation."

26. Statutes at Large California Chapter 412 p.83 "Highways are for the use of the traveling public, and all have the right to use them in a reasonable and proper manner; the use thereof is an inalienable right of every citizen."

27. Escobedo v. State 35 C2d 870 in 8 Cal Jur 3d p.27 "RIGHT — A legal RIGHT, a constitutional RIGHT means a RIGHT protected by the law, by the constitution, but government does not create the idea of RIGHT or original RIGHTS; it acknowledges them... "

28. Bouvier's Law Dictionary, 1914, p. 2961. "Those who have the right to do something cannot be licensed for what they already have right to do as such license would be meaningless."

29. City of Chicago v Collins 51 NE 907, 910. "A license means leave to do a thing which the licensor could prevent." Blatz Brewing Co. v. Collins, 160 P.2d 37, 39; 69 Cal. A. 2d 639. "The object of a license is to confer a right or power, which does not exist without it."

30. Payne v. Massey (19___) 196 SW 2nd 493, 145 Tex 273. "The court makes it clear that a license relates to qualifications to engage in profession, business, trade or calling; thus, when merely traveling without compensation or profit, outside of business enterprise or adventure with the corporate state, no license is required of the natural individual traveling for personal business, pleasure and transportation."

31. Shuttlesworth v. Birmingham 394 U.S. 147 (1969). "With regard particularly to the U.S. Constitution, it is elementary that a Right secured or protected by that

document cannot be overthrown or impaired by any state police authority."

32. Donnolly vs. Union Sewer Pipe Co., 184 US 540; Lafarier vs. Grand Trunk R.R. Co., 24 A. 848; O'Neil vs. Providence Amusement Co., 108 A. 887. "The right to travel (called the right of free ingress to other states, and egress from them) is so fundamental that it appears in the Articles of Confederation, which governed our society before the Constitution."

33. (Paul v. Virginia). "[T]he right to travel freely from State to State … is a right broadly assertable against private interference as well as governmental action. Like the right of association, it is a virtually unconditional personal right, guaranteed by the Constitution to us all." (U.S. Supreme Court,

34. Shapiro v. Thompson). EDGERTON, Chief Judge: "Iron curtains have no place in a free world. …'Undoubtedly the right of locomotion, the right to remove from one place to another according to inclination, is an attribute of personal liberty, and the right, ordinarily, of free transit from or through the territory of any State is a right secured by the Constitution.'

35. Williams v. Fears, 179 U.S. 270, 274, 21 S.Ct. 128, 45 L.Ed. 186. "Our nation has thrived on the principle that, outside areas of plainly harmful conduct, every American is left to shape his own life as he thinks best, do what he pleases, go where he pleases." Id., at 197.

36. Comment, 61 Yale L.J. at page 187. "a person detained for an investigatory stop can be questioned but is "not obliged to answer, answers may not be compelled, and refusal to answer furnishes no basis for an arrest." Justice White, Hiibel "Automobiles have the right to use the highways of the State on an equal footing with other vehicles."

37. Cumberland Telephone. & Telegraph Co. v Yeiser 141 Kentucy 15. "Each citizen has the absolute right to choose for himself the mode of conveyance he desires, whether it be by wagon or carriage, by horse, motor or electric car, or by bicycle, or astride of a horse, subject to the sole condition that he will observe all those requirements that are known as the law of the road."

38. Swift v City of Topeka, 43 U.S. Supreme Court says No License Necessary To Drive Automobile On Public Highways/Streets  No License Is Necessary 4 Kansas 671, 674.

39. U.S. v Mersky (1960) 361 U.S. 431: An administrative regulation, of course, is not a "statute." A traveler on foot has the same right to use of the public highway as an automobile or any other vehicle.

40. Cecchi v. Lindsay, 75 Atl. 376, 377, 1 Boyce (Del.) 185. Automotive vehicles are lawful means of conveyance and have equal rights upon the streets with horses and carriages.

41. Chicago Coach Co. v. City of Chicago, 337 Ill. 200, 205; See also: Christy v. Elliot, 216 Ill. 31; Ward v. Meredith, 202 Ill. 66; Shinkle v. McCullough, 116 Ky. 960; Butler v. Cabe, 116 Ark. 26, 28-29. …automobiles are lawful vehicles and have equal rights on the highways with horses and carriages. Daily v. Maxwell, 133 S.W. 351, 354.

42. Matson v. Dawson, 178 N.W. 2d 588, 591. A farmer has the same right to the use of the highways of the state, whether on foot or in a motor vehicle, as any other citizen.

**43.** Molway v. City of Chicago, 88 N.E. 485, 486, 239 Ill. 486; Smiley v. East St. Louis Ry. Co., 100 N.E. 157, 158. "A soldier's personal automobile is part of his 'household goods[.]'

**44.** U.S. v Bomar, C.A.5(Tex.), 8 F.3d 226, 235" 19A Words and Phrases – Permanent Edition (West) pocket part 94. "[I]t is a jury question whether … an automobile … is a motor vehicle[.]"

**45.** Slusher vs. Safety Coach Transit Co., 229 Ky 731, 17 SW2d 1012, and affirmed by the Supreme Court in Thompson vs. Smith 154 S.E. 579. "The right of a citizen to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness."

**46.** Richmond Baking Co. vs. Department of Treasury 18 N.E. 2d 788. "Users of the highway for transportation of persons and property for hire may be subjected to special regulations not applicable to those using the highway for public purposes."

**47.** Rosenblatt vs. California 158 P2d 199, 300. "In California, a license is defined as "A permit, granted by an appropriate governmental body, generally for a consideration, to a person or firm, or corporation to pursue some occupation or to carry on some business subject to regulation under the police power."

**48.** Adams vs. City of Pocatello 416 P2d 46 "Operation of a motor vehicle upon public streets and highways is not a mere privilege but is a RIGHT or liberty protected by the guarantees of Federal and State constitutions."

**49.** Pontius vs. McClean 113 CA 452 "One who DRIVES an automobile is an operator within meaning of the Motor Vehicle Act."

**50.** Statutes at Large California Chapter 412 p.833  "The word 'operator' shall not include any person who solely transports his own property and who transports no persons or property for hire or compensation."

**51.** In Re Graham 93 Cal App 88. "A citizen may have the right, under the 14th amendment to the Constitution of the United States, to travel and transport his property upon the public highways by auto vehicle, but he has no right to make the highways his place of business by using them as a common carrier for hire; such use being a privilege which may be granted or withheld by the state in its discretion, without violating the due process or equal protection clauses."

**52.** PG&E vs. State Treasurer, 168 Cal 420 "The license charge imposed by the motor vehicle act is an excise or privilege tax, established for the purpose of revenue in order to provide a fund for roads while under the dominion of the state authorities, it is not a tax imposed as a rental charge or a toll charge for the use of the highways owned and controlled by the state."

**53.** Indiana Springs Co. vs. Brown, 74 N.E. 615. "The same principles of law are applicable to them as to other vehicles upon the highway. It is therefore, the adaptation and use, rather than the form or kind of conveyance that concerns the courts."

**54.** Moore vs. Roddie, 180 P. 879, Blair vs. Broadmore 93 S.E. 632. "The automobile is not inherently dangerous."

**55.** Berberian vs. Lussier (1958) 139 A2d 869, 872  "The use of the automobile as a necessary adjunct to the earning of a livlihood in modern life requires us in the

interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the Constitutional guarantees.

56. People vs. Horton 14 Cal. App. 3rd 667 (1971) "The RIGHT of the citizen to drive on the public street with freedom from police interference, unless he is engaged in suspicious conduct associated in some manner with criminality is a FUNDAMENTAL CONSTITUTIONAL RIGHT which must be protected by the courts."

57. Kent vs. Dulles 357 U.S. 116, U.S. vs. Laub 385 U.S. 475 "The right to travel is part of the 'liberty' that a citizen cannot be deprived of without due process of law."

58. Shevlin-Carpenter Co. vs. Minnesota, 218 U.S. 57 "When a person applies for and accepts a license or permit, he in effect knows the limitations of it, and takes it at the risk and consequences of transgression."

59. Schactman v. Dulles 96 App DC 287, 225 F2d 938, at 941 "The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right."

60. State vs. Johnson, 243 P. 1073; Hadfield, supra; Cummins vs. Homes, 155 P. 171; Packard vs. Banton, 44 S.Ct. 256; etal "For while a Citizen has the Right to travel upon the public highways and to transport his property thereon, that Right does not extend to the use of the highways, either in whole or in part, as a place for private gain. For the latter purpose no person has a vested right to use the highways of the state, but is a privilege or a license which the legislature may grant or withhold at its discretion."

61. Barney vs. Board of Railroad Commissioners, 17 P.2d 82; Willis vs. Buck, 263 P.l 982 Heretofore the court has held, and we think correctly, that while a Citizen has the Right to travel upon the public highways and to transport his property thereon, that Right does not extend to the use of the highways, either in whole or in part, as a place of business for private gain."

62. State vs. City of Spokane, 186 P. 864 "The right of the citizen to travel upon the highway and to transport his property thereon, in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business for private gain in the running of a stagecoach or omnibus."

63. Teche Lines vs. Danforth, Miss., 12 S.2d 784; Thompson vs. Smith, supra. "The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an Automobile thereon, for the usual and ordinary purpose of life and business."

64. Stephenson vs. Rinford, 287 US 251 "First, it is well established law that the highways of the state are public property, and their primary and preferred use is for private purposes, and that their use for purposes of gain is special and extraordinary which, generally at least, the legislature may prohibit or condition as it sees fit."

65. "CVC 17459. The acceptance by a resident of this state of a certificate of ownership or a certificate of registration of any motor vehicle or any renewal

thereof, issued under the provisions of this code, shall constitute the CONSENT by the person that service of summons may be made upon him within or without this state, whether or not he is then a resident of this state, in any action brought in the courts of this state upon a cause of action arising in this state out of the ownership or operation of the vehicle." California Vehicle Code

66.   "CVC 17460. The acceptance or retention by a resident of this state of a driver's license issued pursuant to the provisions of this code, shall constitute the CONSENT of the person that service of summons may be made upon him within or without this state, whether or not he is then a resident of this state, in any action brought in the courts of this state upon a cause of action arising in this state out of his operation of a motor vehicle anywhere within this state." California Vehicle Code

67.   Ex Parte Dickey, (Dickey vs. Davis), 85 SE 781. "the right of the Citizen to travel upon the highway and to transport his property thereon in the ordinary course of life and business, differs radically and obviously from that of one who makes the highway his place of business and uses it for private gain in the running of a stagecoach or omnibus. The former is the usual and ordinary right of the Citizen, a right common to all, while the latter is special, unusual, and extraordinary."



PRIVATE PROPERTY

"PRIVATE PROPERTY" defined as "Consumer Goods". UCC 9-109 confirmed by Judge Grimestu 06 N.H. 386

CONSUMER GOODS

ALL RIGHTS RESERVED • UCC 1-308





Support HB 1778
Rep. Max Abramson, former
maxabramson@gmx.com

"The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived." *Chicago Motor Coach v. Chicago, 169 NE 221.*

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." *Thompson v. Smith, 154 SE 579.*

"The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment."*Kent v. Dulles, 357 US 116, 125.*

"The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right." *Schactman v. Dulles 96 App DC 287, 225 F2d 938, at 941.*

"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice." *Davis v. Wechsler, 263 US 22, at 24*

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." *Miranda v. Arizona, 384 US 436, 491.*

# Fiscal
# Note

LBAO
18-2144
11/30/17

## HB 1778-FN-A-LOCAL- FISCAL NOTE
## AS INTRODUCED

AN ACT     relative to registration of commercial motor vehicles and operator's/drivers' licenses.

**FISCAL IMPACT:**    [ X ] State     [   ] County     [ X ] Local     [   ] None

| STATE: | Estimated Increase / (Decrease) | | | |
|---|---|---|---|---|
| | FY 2019 | FY 2020 | FY 2021 | FY 2022 |
| Appropriation | $0 | $0 | $0 | $0 |
| Revenue | Indeterminable Decrease | Indeterminable Decrease | Indeterminable Decrease | Indeterminable Decrease |
| Expenditures | Indeterminable | Indeterminable Decrease | Indeterminable Decrease | Indeterminable Decrease |
| *Funding Source:* | [X] General   [ ] Education   [X] Highway   [X] Other- Restricted Cost of Collections* and Others (See Methodology) | | | |

*Pursuant to Part II, article 6-a of the New Hampshire constitution, any costs associated with the collection and administration of Highway Funds by the Department of Safety shall be deducted by the Department before such funds are credited to the Highway Fund as unrestricted revenue.

**LOCAL:**

| Revenue | Indeterminable Decrease | Indeterminable Decrease | Indeterminable Decrease | Indeterminable Decrease |
|---|---|---|---|---|
| Expenditures | Indeterminable | Indeterminable | Indeterminable | Indeterminable |

## METHODOLOGY:

This bill repeals laws requiring a driver's license for all non-commercial drivers and the registration requirement for all non-commercial vehicles and conveyances, as well as requires the Department of Safety to issue non-commercial automobile owners a vehicle decal stating the vehicle is exempt from registration and a photo identification card, both at no cost. Vehicles will also no longer require an annual inspection. Lastly, this bill removes the compliance aspect with the Selective Service Act for those who have authorized the Department to submit information to the Selective Service System.

The changes proposed in this bill would result in revenue reduction due to the elimination of licensing, registration, and inspection requirements, both to the state and local governments. Based on current registration and licensing data, this bill will have the following estimated impact on state and local revenues:

| | FY 2019 | FY 2020 | FY 2021 | FY 2022 |
|---|---|---|---|---|
| **State Revenue** | | | | |
| Registration | ($86,000,000) | ($86,000,000) | ($86,000,000) | ($86,000,000) |

| Licensing | ($12,500,000) | ($12,500,000) | ($5,500,000) | ($12,500,000) |
| Inspection | ($4,000,000) | ($4,000,000) | ($4,000,000) | ($4,000,000) |
| **State Total** | **($102,500,000)** | **($102,500,000)** | **($95,500,000)** | **($102,500,000)** |
| | | | | |
| **Local Revenue** | | | | |
| Registration | ($250,255,684) | ($250,255,684) | ($250,255,684) | ($250,255,684) |
| Apportionment A* | $0 | ($12,300,000) | ($12,300,000) | ($11,460,000) |
| **Local Total** | **($250,255,684)** | **($262,555,684)** | **($262,555,684)** | **($261,715,684)** |

*Pursuant to RSA 235:23 ("Apportionment A"), 12 percent of total road toll revenue and motor vehicle fees are distributed from the state highway fund to cities and towns pursuant to the specified formula in the following year.

The above state revenue reductions would impact the state general fund, highway fund, several revolving funds including the motorcycle rider safety fund and driver training fund, and the conservation number plate fund which allocates funds to department of transportation, department of natural and cultural resources, department of fish and game, the state conservation committee, and the land and community heritage investment authority.

The division of motor vehicles' (DMV) driver license software would need to be modified to allow for the issuance of the new type of identification card required by this bill. The vendor has estimated a cost of approximately $300,000 to reprogram the system to issue this identification card. The above cost does not include the cost of design and production of the new identification card. A new card type would need to be designed and produced and the driver license production system would need to be reprogrammed to accommodate production of the new card. The cost associated with this system change is indeterminable at this time. Municipalities may also incur system programming costs in FY 2019 to reflect the changes in this bill, the overall impact to local expenditures cannot be determined.

**AGENCIES CONTACTED:**

Department of Safety

# Bill as
# Introduced

HB 1778-FN-A-LOCAL - AS INTRODUCED

2018 SESSION

18-2144
03/10

HOUSE BILL       *1778-FN-A-LOCAL*

AN ACT           relative to registration of commercial motor vehicles and operator's/drivers'
                 licenses.

SPONSORS:        Rep. Marple, Merr. 24; Rep. Itse, Rock. 10; Rep. Comeau, Carr. 5

COMMITTEE:       Transportation

─────────────────────────────────────────────────────────────────────

ANALYSIS

    This bill restates the "right to travel" and requires the department of safety to provide at no cost
to all noncommercial automobile and noncommercial conveyance owners a decal and identification
card that states the holder is exempt from registering his or her private conveyance under the
Uniform Commercial Code exemption for consumer goods and household goods.

    This bill also repeals requirements for certain drivers to aquire noncommercial drivers' licenses.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Explanation:      Matter added to current law appears in *bold italics*.
                  Matter removed from current law appears [in brackets and struckthrough.]
                  Matter which is either (a) all new or (b) repealed and reenacted appears in regular type.

HB 1778-FN-A-LOCAL - AS INTRODUCED

18-2144
03/10

STATE OF NEW HAMPSHIRE

*In the Year of Our Lord Two Thousand Eighteen*

AN ACT                relative to registration of commercial motor vehicles and operator's/drivers'
                      licenses.

*Be it Enacted by the Senate and House of Representatives in General Court convened:*

1       1 Statement of Purpose.  The general court finds that the authority of the department of safety
2    is limited to only the commercial users of the public ways and that the corporate state employees
3    have, by their silence, failed to fully inform the sovereign people of this state that an automobile has
4    been confirmed by Chief Justice Grimes, in 108 N.H. 386, to be "private property" defined by
5    current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial use or for
6    profit or gain.  Further, the courts have found that corporate public servants who ignore their
7    accountability as mandated in Article 8, N.H. Bill of Rights have by their silence and failure to fully
8    inform the sovereign people of the consequences arising from the corporate "offer to contract," is
9    deemed silent deception and inducement by fraud.

10      2 Right to Travel.  RSA 261:40 is repealed and reenacted to read as follows:

11      261:40 Right to Travel.

12      I. For the purposes of this section:

13          (a)  "Automobile" and "motorcycle" means any self-propelled conveyance used for
14    noncommercial travel upon the public ways.

15          (b)  "Motor vehicle" means any self-propelled conveyance designed and used upon the
16    public ways for profit or gain in business or commerce.

17          (c)  "Household goods" or "consumer goods" has the same meaning as the Uniform
18    Commercial Code found at RSA 382-A:9-102 and shall include an automobile.  Automobiles and all
19    noncommercial conveyances shall be exempt from the license and registration required of
20    commercial motor vehicles.

21          (d) "Operator" or "driver" means one who controls the movement of a conveyance upon
22    the public way for commercial or business purposes.

23          (e)  "Traveler" means one who controls the automobile or other noncommercial
24    conveyance.

25          (f)  "Common law" means the sole remedy for any controversy arising from or by the
26    public use of household goods or consumer goods such as an automobile or other noncommercial
27    conveyance.

28      II.  The department of safety shall provide, at no cost, every noncommercial automobile
29    owner or owner of an other noncommercial conveyance with an appropriate decal imprinted with
30    the words "RSA 382-A:9-109 Exempt."  The division of motor vehicles shall also issue all

1 noncommercial traveler a photo identification card at no cost with the words "RSA 382-A:9-109
2 Exempt" printed on such identification card. This identification card is not a contract or a license or
3 instrument that would require compelled performance by the holder and shall provide every law
4 enforcement agency with notice of the holder's exemption from the statutes that are required for the
5 commercial use of the public way for profit or gain.

6     III. The automobile and all noncommercial conveyances are exempt from registration and
7 taxation and the owner of such automobile or noncommercial conveyance are exempt from the
8 requirement of a license that is necessary for commercial use of the public ways. The owner of the
9 automobile shall be considered to be exercising the common unalienable "Right to Travel on the
10 public right-of-way in the ordinary and lawful pursuit of life, liberty, and the pursuit of happiness."

11     3 Vanity Plate Fees. Amend RSA 263:52, I to read as follows:

12     I. The proceeds from [original license fees as provided in RSA 263:42 and] the vanity plate
13 service fee collected in accordance with RSA 261:89, plus the fee for the renewal of the use of such
14 plates, after any refunding authorized by law and costs of such plates or designation of effective
15 periods thereof and issuance of same have been appropriated and deducted, shall be expended for
16 course materials, licensing of schools, and certification of instructors in connection with safe motor
17 vehicle driving conducted in or under the supervision of secondary schools. Such balance shall be
18 kept in a separate fund. The commissioner of safety shall adopt, pursuant to RSA 541-A, and
19 publish, rules governing the courses of instruction and training.

20     4 Original and Youth Operators Commercial Licenses; Cross Reference Removed. Amend RSA
21 263:14, III(a) to read as follows:

22     (a) The director is authorized to revoke or suspend any original *commercial* license
23 held by a person under 20 years of age after a hearing upon a showing by its records or other
24 sufficient evidence that the driver has committed an offense, excluding the offenses of [RSA 261:40,]
25 RSA 261:59[,] and RSA 266:5, following the issuance of an original *commercial* license for which
26 the original *commercial* license holder has been convicted.

27     5 Drivers' Licenses; Rules. Amend RSA 21-P:14, IV to read as follows:

28     IV. The commissioner of safety shall adopt rules, under RSA 541-A [and RSA 260:5],
29 relative to licensing *commercial* drivers as follows:

30     (a) [Procedures for and information required on driver's license applications, including
31 all necessary forms, as authorized by RSA 263:5.

32     (b) Driver's license examination and reexamination requirements, as authorized by RSA
33 263:6 and 263:7.]

34     [(c)] Restricted *commercial* licenses, as authorized by RSA 263:13.

35     [(d)] *(b)* Conditions and requirements for a *commercial* driver's license, as authorized
36 by RSA 263:14-263:33-b.

37     [(e)] *(c)* Intrastate *commercial* licenses for nonresidents, as authorized by RSA 263:39-
38 a.

HB 1778-FN-A-LOCAL - AS INTRODUCED
- Page 3 -

1    [(f)] *(d)*  Access to information regarding anatomical gifts, as authorized by RSA 263:41.

2    [(g)  Collection of drivers' license fees, as authorized by RSA 263:42.]

3    [(h)] *(e)*  Petitions for refund of fees, as authorized by RSA 263:43.

4    [(i)] *(f)*  Application and requirements for issuance of *commercial* motor vehicle drivers'
5    school licenses, as authorized by RSA 263:44-47 and 263:49-51.

6    [(j)] *(g)*  Suspension or revocation of a *commercial* driver's license or driving privilege,
7    as authorized by RSA 263:53 through RSA 263:65, RSA 263:73, RSA 265-A:26, and RSA 265-A:29.

8    [(k)] *(h)*  Appeals of *commercial* driver's license denial, suspension, or revocation, as
9    authorized by RSA 263:75, RSA 265-A:34, and RSA 263:76.

10    [(l)] *(i)*  Application for and issuance of a *commercial* vanpooler's permit, as authorized
11    by RSA 376:2, XII.

12    [(m)] *(j)*  Commercial driver license requirements, as authorized by RSA 263:98.

13    [(n)  Temporary driver's licenses, including procedures for the issuance, revocation,
14    form, and other related matters, as authorized by RSA 263:5-a.]

15    [(o)] *(k)*  Format, content and procedures for the display of the notice required under
16    RSA 260:10-a, II.

17    [(p)] *(l)*  Criteria for waiver of the default fee required under RSA 263:56-a, I-a.

18    [(q)] *(m)*  Approval of driver attitude programs and fee as provided in RSA 263:56-e.

19    [(r)] *(n)*  Administrative suspension of motor vehicle *commercial* licenses pursuant to
20    RSA 265:91-b and RSA 265:91-c and RSA 265-A:30 through RSA 265-A:32, including notices, forms,
21    temporary driving permits, hearing procedures, and procedures for restoration after the suspension
22    period.

23    [(s)] *(o)*  Establishment of administrative procedures to aid in the collection of protested
24    checks relating to *commercial* drivers' licenses, vehicle registrations, titles, permits or fees,
25    including provisions for suspension of *commercial* license, registration, title, or permit.

26    [(t)] *(p)*  Procedures for conducting the problem *commercial* driver pointer system
27    search, including forms and procedures to be used in conducting a problem *commercial* driver
28    pointer search as initiated by an employer.

29    6 Commercial License Expiration.  Amend RSA 263:10 to read as follows:

30    263:10 *Commercial* License Expiration.

31    I.  [Except as provided in RSA 263:5-f, I, RSA 263:14, and RSA 263:39-a, III, all] *All*
32    *commercial* licenses shall expire on the fifth anniversary of the *commercial* license holder's date
33    of birth following the date of issuance.  The department shall notify each holder of a *commercial*
34    license by mail addressed to the holder's last known address, or, if the *commercial* license holder
35    has so elected, by electronic, telephonic, or other means, 30 days prior to the expiration date thereof
36    of a place and time when he or she shall appear for the issuance of a new *commercial* license and
37    any availability of electronic *commercial* license renewal.

38    II.  Notwithstanding paragraph I, the director may adopt rules pursuant to RSA 541-A

HB 1778-FN-A-LOCAL - AS INTRODUCED
- Page 4 -

1    providing for the renewal of [driver] *commercial* licenses by applicants on-line rather than by
2    appearing in person; provided that the applicant is otherwise eligible for *commercial* license
3    renewal, [is not required to submit to a road test under the provisions of RSA 263:7,] has submitted
4    proof sufficient to the director that he or she meets the visual acuity requirements for *commercial*
5    licensing, and has a computerized image on file with the division. A *commercial* license may be
6    renewed on-line only once in every other license renewal cycle and the next cycle shall require
7    appearance in person at a *commercial* licensing facility.

8        7 Selective Service Registration. Amend RSA 187-A:39 to read as follows:

9        187-A:39 Application.

10        [I.] No person who is not in compliance with the Military Selective Service Act as provided
11    in 50 U.S.C. app. section 451 et seq. shall:

12            [(a)] *I.* Be permitted to enroll in a state-supported institution of postsecondary or higher
13    education.

14            [(b)] *II.* Be eligible to receive a loan, grant, scholarship, or other financial assistance for
15    postsecondary higher education supported by state revenue, including federal funds, gifts, or grants
16    accepted by the state, or to receive a student loan guaranteed by the state.

17            [(c)] *III.* Having attained the age of 18 years, be eligible for employment by or service to
18    the state or any political subdivision of the state, including all state boards, commissions,
19    departments, agencies, and institutions.

20        [II. A person who has authorized the department of safety to submit information to the
21    Selective Service System pursuant to RSA 263:5-c shall be considered to be in compliance with the
22    Selective Service Act for purposes of this section.]

23        8 License Required. Amend RSA 263:1, I to read as follows:

24        I. No person, except those expressly exempted under RSA 263:25 or other provisions of this
25    title, shall drive any motor vehicle upon any way in this state *for commercial purposes* unless
26    such person has a valid driver's license, as required under the provisions of this chapter, for the
27    class or type of vehicle being driven.

28        9 Possession of License. Amend RSA 263:2 to read as follows:

29        263:2 Possession of License Required. Every person driving a motor vehicle *for commercial
30    purposes* shall have his *or her* driver's license upon his *or her* person or in the vehicle in some
31    easily accessible place and shall display the same on demand of and manually surrender the same
32    into the hands of the demanding officer for the inspection thereof. No person charged with a
33    violation of this section shall be convicted if, within a period of 48 hours, he *or she* produces in the
34    office of the arresting officer evidence that he *or she* held a valid driver's license which was in effect
35    at the time of his *or her* arrest.

36        10 Repeal. The following are repealed:

37        I. RSA 263:1-a, relative to allowing an unlicensed driver to drive a car.

38        II. RSA 263:1-b, relative to offenses committed by an unlicensed driver.

1       III.  RSA 263:1-c, relative to the effect of a drivers' license.

2       IV.  RSA 263:1-d, relative to enhanced drivers' licenses and identification cards.

3       V.  RSA 263:4, relative to limiting a driver to one license.

4       VI.  RSA 263:5, relative to an application for a driver's license.

5       VII.  RSA 263:5-a, relative to an application by a new resident.

6       VIII.  RSA 263:5-b, relative to drivers' licenses for members of the armed forces.

7       IX.  RSA 263:5-c, relative to compliance with federal selective service requirements.

8       X.  RSA 263:5-d, relative to acceptable forms of identification in order to receive a drivers'
9   license.

10      XI.  RSA 263:5-e, relative to proof of residence in order to receive a drivers' license.

11      XII.  RSA 263:5-f, relative to application for a driver's license by residents without a
12  permanent street address.

13      XIII.  RSA 263:6, relative to requiring the completion of an examination in order to receive a
14  driver's license.

15      XIV.  RSA 263:6-a, relative to informing first-time applicants of the DWI and controlled
16  drug laws.

17      XV.  RSA 263:6-b, relative to the medical/vision advisory board.

18      XVI.  RSA 263:6-c, relative to blind pedestrian information and examination.

19      XVII.  RSA 263:6-d, relative to reporting medically unfit persons.

20      XVIII.  RSA 263:7, relative to reexamination for a driver's license.

21      XIX.  RSA 261:52-a, relative to notice that interest and dividends tax may be due.

22      XX.  RSA 263:42, I, relative to fees for drivers' licenses.

23      XXI.  RSA 261:59-a, relative to proof of valid registration.

24  11 Effective Date.  This act shall take effect 60 days after its passage.



The Government of The United States of America
## General Post Master Council
Rural Free Delivery Route 1, Box #5
The United States of America
Global Postal Code-NAC: 850H2 MR7C8
Office hours: 9:00 - 9:00 UTC Monday - Friday
Phone: (405) 458-0553
Website: http://generalpostmastercouncil.com/
Email: gpmcouncil@generalpostoffice.international




CERTIFIED COPY

## Judicial Review of NH / HB1778 / 2018

Date: 5th, 6020.

The General Post Master Council (hereinafter "GPMC") endeavors to make the obscure and complicated aspect of the Law as simple, transparent, and straightforward as possible. Justice is based upon facts and truth, balanced by compassion and understanding, not lies and tricks hidden in rules or altered definitions of words.

Document links to establish the jurisdiction of the Government of The United States of America.

http://reignoftheheavens.com/wp-content/uploads/2015/01/20150115-Declaration-National-Government.pdf

http://nationalgreatregistry.generalpostoffice.international/index.php?title=General_Post_Office#Welcome_to_The_United_States_of_America.21

This Judicial Review is not in judgment of the American people. The American people strictly speaking are not slaves, however, the commercial person known as the United States Citizen is trafficked offshore and is in a state of slavery which is in violation of the Universal Declaration of Human Rights(UDHR) Article 4.

The American people have been rendered stateless and have through their un-informed consent joined the private membership associations (PMA) which establish and enforce the codes of conduct for its own membership. NH / HB1778 / 2018 stands as evidence and testifies against the associations, agencies, and corporate franchise creatures of the state as having enslaved the commercial person through the systematic adhesion contracts of silent deception and inducement by fraud.

RE: NH / HB1778  /  2018
(Text from New Hampshire Bill)



Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**

1 Statement of Purpose.  The general court finds that the authority of the department of safety is limited to only the commercial users of the public ways and that the corporate state employees have, by their silence, failed to fully inform the sovereign people of this state that an automobile has been confirmed by Chief Justice Grimes, in 108 N.H. 386, to be "private property" defined by current RSA 382-A:9-109, as "household goods" and "consumer goods" not for commercial use or for profit or gain.  Further, the courts have found that corporate public servants who ignore their accountability as mandated in Article 8, N.H. Bill of Rights have by their silence and failure to fully inform the sovereign people of the consequences arising from the corporate "offer to contract," is deemed silent deception and inducement by fraud.

I. For the purposes of this section:

(a) "Automobile" and "motorcycle" means any self-propelled conveyance used for noncommercial travel upon the public ways.

(b) "Motor vehicle" means any self-propelled conveyance designed and used upon the public ways for profit or gain in business or commerce.

(c) "Household goods" or "consumer goods" has the same meaning as the Uniform Commercial Code found at RSA 382-A:9-102 and shall include an automobile.  Automobiles and all noncommercial conveyances shall be exempt from the license and registration required of commercial motor vehicles.

(d) "Operator" or "driver" means one who controls the movement of a conveyance upon the public way for commercial or business purposes.

(e) "Traveler" means one who controls the automobile or other noncommercial conveyance.

(f) "Common law" means the sole remedy for any controversy arising from or by the public use of household goods or consumer goods such as an automobile or other noncommercial conveyance.

II.  The department of safety shall provide, at no cost, every noncommercial automobile owner or owner of an other noncommercial conveyance with an appropriate decal imprinted with the words "RSA 382-A:9-109 Exempt."  The division of motor vehicles shall also issue all noncommercial traveler a photo identification card at no cost with the words "RSA 382-A:9-109 Exempt" printed on such identification card.  This identification card is not a contract or a license or instrument that would require compelled performance by the holder and shall provide every law enforcement agency with notice of the holder's exemption from the statutes that are required for the commercial use of the public way for profit or gain.

III.  The automobile and all noncommercial conveyances are exempt from registration and taxation and the owner of such automobile or noncommercial conveyance are exempt from the requirement of a license that is necessary for commercial use of the public ways.  The owner of the automobile shall be considered to be exercising the common unalienable "Right to Travel on the public right-of-way in the ordinary and lawful pursuit of life, liberty, and the pursuit of happiness."


Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**

7 Selective Service Registration.  Amend RSA 187-A:39 to read as follows:187-A:39 Application.

[I.]  No person who is not in compliance with the Military Selective Service Act as provided in 50 U.S.C. app. section 451 et seq. shall:

[(a)] I.  Be permitted to enroll in a state-supported institution of postsecondary or higher education.

[(b)] II.  Be eligible to receive a loan, grant, scholarship, or other financial assistance for postsecondary higher education supported by state revenue, including federal funds, gifts, or grants accepted by the state, or to receive a student loan guaranteed by the state.

[(c)] III.  Having attained the age of 18 years, be eligible for employment by or service to the state or any political subdivision of the state, including all state boards, commissions, departments, agencies, and institutions.

METHODOLOGY:

This bill repeals laws requiring a driver's license for all non-commercial drivers and the registration requirement for all non-commercial vehicles and conveyances, as well as requires the Department of Safety to issue non-commercial automobile owners a vehicle decal stating the vehicle is exempt from registration and a photo identification card, both at no cost. Vehicles will also no longer require an annual inspection.  Lastly, this bill removes the compliance aspect with the Selective Service Act for those who have authorized the Department to submit information to the Selective Service System.  The changes proposed in this bill would result in revenue reduction due to the elimination of licensing, registration, and inspection requirements, both to the state and local governments.

https://legiscan.com/NH/text/HB1778/id/1659567
link to full bill as introduced by (NH).

GPMC Judicial Review:

1. The State of New Hampshire has been captured and the authority of the people has been usurped by the U.S. state called state of New Hampshire.

2. HB1778 identifies multiple torts against the "sovereign people". However the GPMC finds that because of the U.S. overlay survey there are no "sovereign people" within the State of New Hampshire. The GPMC does not find where the term "sovereign people" is ever established as a status of the people due to the trafficking in persons crimes committed by trustees of the internal revenue trust within the territories of the United States.

 Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**

3.  The entity "general court" has no authority under the State of New Hampshire.

4.  The department of safety has no authority under the State of New Hampshire.

5.  The state of New Hampshire does not offer an oath or affirmation to the State thereby denying the people the right of choice and a Nationality in violation of Article 15 of the UDHR. Leaving the people to be trafficked into the creature of state called New Hampshire and state of New Hampshire and then trafficked into the many PMA's is a gross violation against the UDHR Articles 20 paragraph one and two and is classified as crimes against humanity due to the massive number of persons trafficked

6.The creature of the State called the state of New Hampshire under the direction of the Masonic Order Temple and the Jesuit order (foreign jurisdictions) is engaged by its own admission in domestic warfare through social engineering in all its forms and is being perpetrated in the name of the people for the benefit of the Three city state Empire which consists of City of Washington D.C., city of London, and Vatican City.

7. Terms not recognized by the State of New Hampshire constitution are "corporate state employees"  and "corporate public servants", these descriptions are with the effect of calling attention to the overly survey of the U.S. creatures of state having a corporate nature and are foreign to the States of the Union because they were created by the foreign militia of Pope Francis of Vatican City and not the people of the State of New Hampshire.

8. Selective Service registration is reduced in its scope but not in its affect. The underlying affect of theft of intangible property with the intent to traffic the applicant into a database for a foreign mercenary force (U.S. Military) under the command of Pope Francis, the Monarch of Vatican City and further claims to be the Father of all families on earth. The man stealing as it is classified in the Law of Nations is the most heinous crime in existence perpetrated by Pope Francis of Vatican City that directly correlates to NH / HB1778 / 2018 because the Driver's license is a part of the internal revenue trust: 18 USC 2721 Prohibition on release State motor vehicle records: https://www.law.cornell.edu/uscode/text/18/2721 under personal information: https://www.law.cornell.edu/definitions/uscode.php?width=840&height=800&iframe=true&def_id=18USC12529109241412253518&term_occur=4&term_src=title:18:part:I:chapter:123:section:2721 .

9. The foreign operated and controlled creature of state (NH) has never had jurisdiction over the public roads. The GPMC finds that what ever the terms that are used to describe a driver or traveler and the distinction between motor vehicle and automobile for purposes of this review are irrelevant. The state Bill is an attempt to legitimize the usurpation from the foreign occupying force and does nothing to remedy the trafficking in persons.

 Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**

10. Nothing in the bill is with standing and the intention of the general court of NH is to further the enslavement of the people through their un-informed consent to contract with foreign owned and controlled private associations.

11. NH /HB1778 /2018 was introduced and voted upon and the majority vote found the bill inexpedient to legislate 287-44. The majority opinion concluded that the reduction in revenue was too great. The GPMC finds that this conclusion is further evidence to the current condition of the trafficked person called a U.S. Citizen being trafficked into the "more perfect union of franchise creatures of state" for the purpose of slavery through the theft of all commercial energy of the people in an effort to violate their religious rights by a Military theology perpetrated by Pope Francis of Vatican City.

This Judicial Review finds that Human Rights violations and multiple war crimes exist, and that further investigation into War Crimes perpetrated against the American people by Pope Francis of Vatican City is warranted.

Chief Judge for the General Post Master Council

Kevin Lloyd Lakes.

*Kevin Lloyd Lakes*

Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**

Government of The United States of America
Rural Free Delivery Route 1

# office of the registrar

Box #4
The United States of America
Global Postal Code-NAC: 850H2 MR7C8

Office hours: 9:00 - 9:00 UTC-6 Monday - Friday
Phone: (602) 845-0473
Email: registrar@generalpostoffice.org

CERTIFIED COPY

## ACKNOWLEDGEMENT

I, **Alice Ceniceros**, certify **under penalty of bearing false witness** under the laws of The United States of America **that the foregoing paragraph is true and correct** according to the best of my current information, knowledge, and belief.

The office of the registrar accepts and acknowledges the document:

**Judicial Review of NH / HB1778 / 2018**

and is recorded on:

| | | |
|---|---|---|
| **5th day in the year of Yahweh, 6020** | **4:18 UTC-6** | **RH-20180326-65HB-49E4-9C5A-CD69CE500326** |
| Document Date | Time | Record File Number |
| *Translated Date: March 24, 2018* | | |
| *Date Received: March 26, 2018* | | |

*File Name:* **20180326-GPMC-Judicial Review NH HB 1778**

**CERTIFIED COPY OF RECORDED DOCUMENT**

*This is a true and exact reproduction of the document officially recorded and placed on file in the office of the registrar for The United States of America.*

Date Issued: **7th day in the year of Yahweh, 6020**
*Translated Date: March 26, 2018*

*This copy is not valid unless displaying the Record File Number, Seal, and signature of the registrar for The United States of America.*

Alice Ceniceros

Registered with the **IP Rights Office**
Copyright Registration Service Number: **4056990103**